425 A.2d 16

Van Arkel et al. v. Kendor, Ltd. et al., Appellants.

Argued June 26, 1979.

John L. Jenkins, for appellants; Stephen Levin, for appellees.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.